| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>UNGARO-BENAGES, URSULA M | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT | 3. Date of Report<br><br>4/16/2004 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>DISTRICT COURT JUDGE (ACTIVE) | 5. ReportType (check appropriate type)<br><br>◯ Nomination,  Date<br><br>◯ Initial  ◉ Annual  ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>301 N. MIAMI AVENUE<br>ROOM 1117<br>MIAMI, FLORIDA 33128 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED May 10 10 52 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2003 | BENAGES & ASSOCIATES |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank Platinum | Credit Card | K |
| 2. | Bruce Rogow, Esq. | Attorneys Fees | K |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO-BENAGES, URSULA M | 4/16/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Irving Tex. Flood Cont. Zero Coupon Bond | | | | | redemption | 3/3 | L | | |
| 2. Port Everglades Zero Coupon Bond | | None | K | T | | | | | |
| 3. Microsoft | | None | D | T | | 9/15 | D | | |
| 4. General Electric | A | Dividend | D | T | buy | 9/15 | D | | |
| 5. Exxon Mobil | A | Dividend | D | T | buy | 9/15 | D | | |
| 6. King City, Wash. Gen. Oblig.Bond | B | Interest | | | redemption | 12/1 | K | | |
| 7. Franklin Valuemark IV Annuity | | None | M | T | | | | | |
| 8. Comcast Corp Class A | | None | D | T | buy | 9/15 | D | | |
| 9. Berkshire Hathaway B | | None | M | T | buy | 5/31 | K | | |
| 10. | | | | | buy | 7/22 | J | | |
| 11. | | | | | buy | 9/6 | J | | |
| 12. | | | | | buy | 5/22 | J | | |
| 13. | | | | | buy | 6/14 | J | | |
| 14. | | | | | sale | 1/21 | L | | |
| 15. Wells Fargo | | None | | | buy | 9/15 | D | | |
| 16. Smith Barney Money Market | A | Interest | J | T | | | | | |
| 17. Allen Co. Ind. Pub.Lib. Bond | A | Interest | L | T | | | | | |
| 18. Bossier Parish, La. Sales & Use Bond | C | Interest | M | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000.001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO-BENAGES, URSULA M | 4/16/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. East Rochester N.Y. UN Free School District Bond | D | Interest | M | T | | | | | |
| 20. Hamburg Township, N.Y. Pub. Imp. Bond | D | Interest | M | T | | | | | |
| 21. Intermountain Power Agency Utah Pwr. Supp. Rev. | C | Interest | L | T | | | | | |
| 22. Miami Dade Aviation Rev. Bond (4.625%) | C | Interest | M | T | | | | | |
| 23. Miami Dade Aviation Rev. Bond | C | Interest | L | T | | | | | |
| 24. Miami Dade Co. Fla. Waste Sys Bond | C | Interest | M | T | | | | | |
| 25. Mount Prospect, Ill. Library Bond | C | Interest | M | T | | | | | |
| 26. New York City Serv. Bond | D | Interest | M | T | | | | | |
| 27. Orange County Tourist Dev. Bond | C | Interest | M | T | | | | | |
| 28. Regional Transp. Dist. Colo. Sales Tax Bond | C | Interest | M | T | | | | | |
| 29. Texas Womens Univ. Bond | D | Interest | M | T | | | | | |
| 30. Thurston Co. Wash. Rev. Bond | D | Interest | M | T | | | | | |
| 31. Yonkers N.Y. Sch. Ser Rev. Bond | C | Interest | L | T | | | | | |
| 32. Conn. St. Spl Tax Oblig. Rev. Bond | A | Interest | K | T | | | | | |
| 33. Miami Dae Fla. Parks Bond | A | Interest | K | T | | | | | |
| 34. Miss. Dev. Bk. Spl. Oblig. Bond | A | Interest | K | T | | | | | |
| 35. Wash. St. RFDG SER R-03-A Bond | A | Interest | K | T | | | | | |
| 36. Westchester Co. N.Y. SER-E Bond | A | Interest | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO-BENAGES, URSULA M | 4/16/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Coral Springs Fla. Ser. C Bond | A | Interest | K | T | buy | 3/3 | K | | |
| 38. Leon Co., Fla. School Board | A | Interest | K | T | buy | 6/17 | K | | |
| 39. Sunrise Fla. Tax Dist. Ad Valoriem Bond | A | Interest | J | T | buy | 7/25 | J | | |
| 40. Arizona Sch. Board Series A Bond | A | Interest | K | T | buy | 3/6 | K | | |
| 41. Suffolk Co. Pub. Imp. Bond | A | Interest | K | T | buy | 12/4 | K | | |
| 42. Tiers Certificate | | None | | | buy | 1/23 | K | | |
| 43. | | | | | sell | 9/10 | L | | |
| 44. | | None | | | buy | 3/21 | K | | |
| 45. | | | | | sell | 9/10 | K | | |
| 46. Biovail Corp. | | None | | | buy | 9/15 | C | | |
| 47. | | | | | sell | 10/7 | C | | |
| 48. Broward Co. Fla. Airport Revenue Bond | B | Interest | K | T | buy | 3/5 | K | | |
| 49. Cardinal Health | A | Dividend | J | T | buy | 9/15 | J | | |
| 50. Chevron/Texaco | A | Dividend | J | T | buy | 9/15 | J | | |
| 51. Chubb Corp. | A | Dividend | J | T | buy | 9/15 | J | | |
| 52. Dell, Inc. | | None | J | T | buy | 9/15 | J | | |
| 53. HJ Heinz | A | Dividend | J | T | buy | 9/15 | J | | |
| 54. Kimberly Clark Corp. | A | Dividend | J | T | buy | 9/15 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO-BENAGES, URSULA M | 4/16/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 55. L3 Communications | | None | J | T | buy | 9/15 | J | | |
| 56. Liberty Media | | None | J | T | buy | 9/15 | J | | |
| 57. Lincoln Nat'l Corp. | A | Dividend | J | T | buy | 9/15 | J | | |
| 58. Loews Corp. | A | Dividend | J | T | buy | 11/4 | J | | |
| 59. Marsh & McLennan | A | Dividend | J | T | buy | 9/15 | J | | |
| 60. Occidental Petroleum | A | Dividend | J | T | buy | 9/15 | J | | |
| 61. Pfizer | A | Dividend | J | T | buy | 9/15 | J | | |
| 62. Royal Duth Petroleum | A | Dividend | J | T | buy | 9/15 | J | | |
| 63. St. Paul Companies | A | Dividend | J | T | buy | 9/15 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | | | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Please be advised that ▮▮▮▮▮▮ I are in dissolution of marriage proceedings and that certain of the assets listed in this report likely will not appear on the 2004 report due to their having been equitably distributed to ▮▮▮▮▮▮ Also, please be advised that my access to financial information was somewhat limited to due the divorce and that I have reported our assets and liabilities to the best of my information and belief.

Finally, I note that I will be liable for attorneys fees and costs to the attorneys who represent me in my dissolution of marriage proceeding and that I have a contingent liability for costs incurred in certain other litigation.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | UNGARO-BENAGES, URSULA M | 4/16/2004 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____    Date 5/4/04 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

    Committee on Financial Disclosure
    Administrative Office of the United States Courts
    Suite 2-301
    One Columbus Circle, N.E.
    Washington, D.C. 20544